ORIGINAL
FILED

08 APR 23 PM 4:49

CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

**CV 08 80084MISC**

Jeffrey C Zander,

ORDER

**VRW**

_____/

        It having been brought to the court's attention that
Jeffrey C Zander is not a member of the California State Bar, the
court now orders Jeffrey C Zander removed from the roll of
attorneys authorized to practice before this court.

        IT IS SO ORDERED.



**VAUGHN R WALKER**
**United States District Chief Judge**

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

08 MAY -2 PM 2: 32

FILED

CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

UNITED STATES POSTAGE
02 1A
0004329882
$ 00.41⁰
PITNEY BOWES
APR 25 2008
MAILED FROM ZIP CODE 94102

LAKEVIEW

Jeffrey C. Zander
6502 Lakewood Drive
Huntington Beach, CA    92648

NIXIE          927    CC    1    02    04/30/08

                RETURN TO SENDER
                NO SUCH NUMBER
                UNABLE TO FORWARD

BC: 94102356199    *1740-20267-25-30